UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN MATTHEW PAULEY,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC., et al.,<br><br>Defendants. | Case No. 24-cv-07025-TLT<br><br>Alameda County 24-CV-089648<br><br>**REMAND ORDER**<br><br>Re: Dkt. Nos. 9, 11, 16, 18 |

Plaintiff has filed a Second Amended Complaint that removed all federal claims. ECF 18.

The matter is remanded to Alameda County Superior Court under case number 24CV089648.

The Motion to Compel Arbitration, Motion to Compel Arbitration and for a Stay of Proceedings, and the Motion for Joinder are DENIED AS MOOT. ECF 9, 11, and 16.

The Clerk of the court is ordered to transfer the matter to Alameda County Superior Court, terminate, and close the case.

This order resolves ECF 9, 11, and 16

IT IS SO ORDERED.

Dated: November 4, 2024

_____
TRINA L. THOMPSON
United States District Judge